ACCEPTED
04-14-00818-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/6/2015 1:38:07 PM
KEITH HOTTLE
CLERK

NO.    04-14-00818-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | IN THE FOURTH COURT |
| | § | |
| **VS.** | § | OF APPEALS |
| | § | |
| **MARK MCCOURT LIEBER, JR.** | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/6/2015 1:38:07 PM
KEITH E. HOTTLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes Mark McCourt Lieber, Jr., Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.     This case is on appeal from the 198th Judicial District Court of Kerr County, Texas.

2.     The case below was styled the State of Texas vs. Mark Mccourt Lieber, Jr., and numbered B14-155.

3.     Appellant was convicted of theft.

4.     Appellant was assessed a sentence of 75 years on November 6, 2014.

5.     Notice of appeal was given on November 24, 2015.

6.     The clerk's record was filed on March 6, 2015; the reporter's record was filed on March 2, 2015.

7.     The appellate brief is presently due on April 6, 2015.

8.     Appellant requests an extension of time of 30 days from the present date, i.e. May 6, 2015.

9.     No extension to file the brief has been received in this cause.

10. Defendant is currently incarcerated.

11. Appellant relies on the following facts as good cause for the requested extension:

Undersigned counsel has not completed reviewing the appellate record in this cause. Additional time is needed to complete the brief in this matter due to undersigned counsel reviewing records in multiple other appeals, including accelerated appeals, handling numerous hearings, depositions, and handling the customary heavy civil and criminal docket caseloads.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

M. PATRICK MAGUIRE, P.C.
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel: (830) 895-2590
Fax: (830) 895-2594

By:_____
M. Patrick Maguire
State Bar No. 24002515
mpmlaw@ktc.com

Attorney for Richard Allen Clark

**CERTIFICATE OF SERVICE**

This is to certify that on April __6__, 2015, a true and correct copy of the above and foregoing document was served on Scott Monroe, the 198th District Attorney's Office, Kerr County, Kerrville, Texas 78028, via fax (830) 315-2461.

_____
M. Patrick Maguire

STATE OF TEXAS                    §
                                 §
                                 §
COUNTY OF KERR                    §

## AFFIDAVIT

**BEFORE ME**, the undersigned authority, on this day personally appeared M. Patrick Maguire, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."

_____
M. Patrick Maguire
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on __April 6__, 2015, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



KATHY CONNELLY
Notary Public, State of Texas
My Commission Expires
**February 06, 2016**